# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|                                                    |     |                                        |
|----------------------------------------------------|-----|----------------------------------------|
| **ROBERT GADLAGE**                                 | §   |                                        |
|                                                    | §   |                                        |
|                                                    | §   |                                        |
| **VERSUS**                                         | §   | **CIVIL ACTION NO. 1:26-cv-02624-TRJ** |
|                                                    | §   |                                        |
|                                                    | §   |                                        |
| **BANKERS STANDARDCOMPANY**                        | §   |                                        |
| **INSURANCE COMPANY,**                             | §   |                                        |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

This 18th day of May, 2026.

*/s/ Patrick S. Flynn*
Patrick S. Flynn
PATRICK S. FLYNN, LLC
Georgia Bar Number 004765
P.O. Box 7
Albany, Georgia 31702
Telephone: 229-446-4886
Fax: 229-446-4884
Pflynn@patrickflynnlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record:

Isabella K. Stankowski-Booker
Georgia Bar No. 278869
Bret L. Linley
Georgia Bar No. 061083
1201 W. Peachtree Street NW, Suite 610
Atlanta, GA 30309
T: 470.867.3040/F: 612.336.9100
istankowski@zellelaw.com
blinley@zellelaw.com
***Attorneys for Defendant Bankers Standard***
***Insurance Company***

This 18th day of May, 2026

*/s/ Patrick S. Flynn*
Patrick S. Flynn
PATRICK S. FLYNN, LLC
Georgia Bar Number 004765
P.O. Box 7
Albany, Georgia 31702
Telephone: 229-446-4886
Fax: 229-446-4884
Pflynn@patrickflynnlaw.com